IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-00473-RM-NRN

DESTINIE BASKERVILLE,

    Plaintiff,

v.

THE EMPLOYMENT FIRM, INC.,

    Defendant.

## ORDER

    This matter is before the Court on the January 12, 2021, Report and Recommendation (the "Recommendation") (ECF No. 46) of United States Magistrate Judge N. Reid Neureiter to grant Defendant's Motion to Dismiss (ECF No. 34). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 46, page 12.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

    The Court concludes that Magistrate Judge Neureiter's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the

district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, accepted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS the Magistrate Judge's Report and Recommendation (ECF No. 46);

(2) GRANTS Defendant's Motion to Dismiss (ECF No. 34);

(3) DISMISSES the complaint and this action, with each party to pay its or her own costs;

(4) DIRECTS the Clerk to enter judgment in favor of Defendant and against Plaintiff; and

(5) DIRECTS the Clerk to close this case.

DATED this 10th day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge